# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: NAI CAPITAL, INC., | 2:23-cv-07536-JGB |
| Debtor | |

| | |
|---|---|
| TEPPER & ASSOCIATES, A Professional Corporation, | Bk. No. 1:20-bk-10256-DS |
| Appellant, | Chapter 11 |
| v. | |
| NAI CAPITAL, INC.; OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | |
| Appellees | |

## STIPULATION TO DISMISS APPEAL

Marc A. Lieberman, State Bar No. 157318
Alan W. Forsley, State Bar No. 180958
FLP Law Group, LLP
1875 Century Park East, Suite 2230
Los Angeles, CA 90067
Telephone No. (310) 284-7350
Facsimile No. (310) 432-5999

Attorneys for Appellant Tepper & Associates, A Professional Corporation

Under Federal Rule of Bankruptcy Procedure 8023(a) and Federal Rule of Appellate Procedure 42(b)(1), Appellant Tepper & Associates, A Professional Corporation and Appellee NAI Capital, Inc., hereby stipulate to dismiss this appeal. The parties shall bear their own costs and attorney's fees.

Dated: December 15, 2023           **FLP LAW GROUP, LLP**

By: _/s/ Alan W. Forsley_
Alan W. Forsley
Attorneys for appellant Tepper & Associates, APC

Dated: December 15, 2023           **LEVENE NEALE BENDER YOO & GOLUBCHIK L.L.P.**

By: _/s/_
Ron Bender
Todd M. Arnold
Attorneys appellee NAI Capital, Inc.,

1

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that this Stipulation complies with the type-volume requirements of Rule 8015 of the Federal Rules of Bankruptcy procedure because this brief consists of 332 words, as counted by the Microsoft Word program used to generate this brief.

Dated: December 15, 2023     **FLP LAW GROUP, LLP**

By: _____
Alan W. Forsley
Attorneys for appellant Tepper & Associates A Professional Corporation

I hereby certify that on **December 15, 2023**, I electronically filed the foregoing document with the Clerk of the Court for the Bankruptcy Appellate Panel for the Ninth Circuit by using the CM/ECF system.

I certify that all parties of record to this appeal either are registered CM/ECF users, or have registered for electronic notice, or have consented in writing to electronic service, and that service will be accomplished through the CM/ECF system.

Dated: December 15, 2023      **FLP LAW GROUP LLP**

By: *[signature]*
Alan W. Forsley
Attorneys for appellant Tepper & Associates, A Professional Corporation