JS-6

cc: USBK

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_____

In re: NAI CAPITAL, INC.,            2:23-cv-07536-JGB

                Debtor
_____

TEPPER & ASSOCIATES, A            Bk. No. 1:20-bk-10256-DS
Professional Corporation,

          Appellant,            Chapter 11

   v.

NAI CAPITAL, INC.; OFFICIAL
COMMITTEE OF UNSECURED
CREDITORS,

          Appellees
_____

**ORDER APPROVING STIPULATION TO DISMISS APPEAL**
_____

Marc A. Lieberman, State Bar No. 157318
Alan W. Forsley, State Bar No. 180958
FLP Law Group, LLP
1875 Century Park East, Suite 2230
Los Angeles, CA 90067
Telephone No. (310) 284-7350
Facsimile No. (310) 432-5999

Attorneys for Appellant Tepper & Associates, A Professional Corporation

# ORDER

ORDER GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT this action is dismissed with prejudice, each party to bear their own fees and costs, including attorneys' fees. The Clerk of Court is directed to close this case.

Dated: December 26, 2023

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE